## Case No. 11,211.

### In re PLATT.

[1 Ben. 534; [1] 1 Tomp. Nat. Bank. Cas. 181.]

District Court, S. D. New York. Nov., 1867.

RECEIVER OF A NATIONAL BANK—JURISDICTION—COMPROMISING DEBT.

The national banking act (13 Stat. 115), in the fiftieth section, provides that a receiver appoint-

ed under the act may compromise doubtful debts "on the order of a court of record of competent jurisdiction." Held, that this court was such a court.

[In the matter of the petition of F. A. Platt, receiver of the Farmers' and Citizens' National Bank.]

In this case a receiver, appointed under the national banking act, applied, on a petition setting forth the circumstances, for leave to compromise a debt. The national banking act, in the fiftieth section, provides that the receiver may compromise doubtful debts "on the order of a court of record of competent jurisdiction." The question arose whether this court was a court of competent jurisdiction. The court, after consideration, decided that it had jurisdiction, and ordered the matter to be referred to a commissioner to take proof of the facts in the case, with his opinion thereon.

[For an action by the receiver against a debtor of the bank, see Case No. 11,215.]